_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
April 26, 2021

_____

Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@houmandlaw.com
Bradley G. Sims, Esq. (NV Bar No. 11713)
Email: bsims@houmandlaw.com
HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:    702/720-3370
Facsimile:     702/720-3371

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>JAMES PAUL SCHRAMM and RENELYN GUILLERMO SCHRAMM,<br><br>Debtors. | Case No.  BK-S-19-17165-ABL<br>Chapter 7 |
| SHELLEY D. KROHN, Chapter 7 Trustee,<br><br>Plaintiff,<br>v.<br><br>JAMES PAUL SCHRAMM, *AN INDIVIDUAL* and RENELYN GUILLERMO SCHRAMM; *AN INDIVIDUAL*<br><br>Defendants. | Adv. Proc. No. BK-S-20-01083-ABL<br><br>**ORDER GRANTING MOTION TO APPROVE COMPROMISE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**<br><br>Date of Hearing:    April 22, 2021<br>Time of Hearing:    1:30 p.m.<br>Place: Courtroom No. 1, Third Floor<br>  Foley Federal Building<br>  300 Las Vegas Blvd., S.<br>  Las Vegas, NV 89101<br><br>Judge:  Honorable August B. Landis |

This matter came before the Court on the *Motion to Approve Compromise Pursuant to Federal Rule of Bankruptcy Procedure 9019* [Adv. ECF No. 22][1] (the "Motion") filed by Shelley D. Krohn (the "Trustee"), the Chapter 7 Trustee appointed in the above-captioned bankruptcy case and plaintiff in the above-captioned adversary proceeding, by and through her counsel of record, Jacob L. Houmand, Esq. of the Houmand Law Firm, Ltd. The Motion sought an order approving a settlement agreement (the "Settlement Agreement") resolving all claims alleged by the Trustee against James Paul Schramm and Renelyn Guillermo Schramm (collectively, the "Debtors") in the instant adversary proceeding pursuant to Federal Rule of Bankruptcy Procedure 9019.[2]

No Opposition was filed to the Motion. Bradley G. Sims, Esq. appeared on behalf of the Trustee and all other appearances were noted on the record.

The Court reviewed the Motion, the *Declaration of Shelley D. Krohn In Support of Motion to Approve Compromise Pursuant to Federal Rule of Bankruptcy Procedure 9019* [Adv. ECF No. 23], the *Notice of Hearing On Motion to Approve Compromise Pursuant to Federal Rule of Bankruptcy Procedure 9019* [Adv. ECF No. 24], the *Certificate of Service of Motion to Approve Compromise Pursuant to Federal Rule of Bankruptcy Procedure 9019* [Adv. ECF No. 25], the exhibits attached thereto, and all the pleadings on file herein.

It appearing to the Court that it is in the best interests of the Estate and its creditors to approve the Settlement Agreement and upon consideration of the pleadings and arguments of counsel, and based upon the findings of fact and conclusions of law placed on the record at the hearing and incorporated herein pursuant to Federal Rule of Civil Procedure 52, incorporated by reference by Federal Rules of Bankruptcy Procedure 7052 and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED in its entirety; and

---

[1] All references to "Adv. ECF No." are to the numbers assigned to the documents filed in the above-captioned adversary proceeding as they appear on the docket maintained by the clerk of the court.

[2] All defined terms in this Order shall have the same meaning ascribed to them in the Motion unless otherwise provided herein.

2.  The Settlement Agreement, a copy of which is attached hereto and marked as **Exhibit "1"**, is approved pursuant to Federal Rule of Bankruptcy Procedure 9019 and the provisions thereof are made an order of the Court; and

3.  The written waiver of the Debtors' discharge contained within the Settlement Agreement, a copy of which is attached hereto and marked as **Exhibit "1"**, is approved pursuant to 11 U.S.C. § 727(a)(10); and

4.  The Debtors shall not receive a discharge pursuant to 11 U.S.C. § 727(a)(10).

**IT IS SO ORDERED.**

Prepared and submitted by:

**HOUMAND LAW FIRM, LTD.**

By: */s/ Bradley G. Sims*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:     702/720-3370
Facsimile:     702/720-3371

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*

-3-

**LOCAL RULE 9021 CERTIFICATE**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

☐ The Court has waived the requirements set forth in Local Rule 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the Motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to Local Rule 9014(g), and that no party has objected to the form or content of the order.

Dated this 22nd day of April, 2021.

**HOUMAND LAW FIRM, LTD.**

By: */s/ Bradley G. Sims*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:   702/720-3370
Facsimile:    702/720-3371

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*

###